**Courtland Dewayne LINDSAY,**
**Plaintiff–Appellant**

**v.**

**Micheal Keith DOLLAHITE,**
**Defendant–Appellee.**

No. 14–41163
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 2015.

Courtland Dewayne Lindsay, Tyler, TX, pro se.

Before GRAVES, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM: *

The district court dismissed Courtland Dewayne Lindsay's amended complaint for failure to provide a short and plain statement either of the grounds for federal jurisdiction or of his claims for relief. *See* FED. R. CIV. P. 8(a). Lindsay's largely unintelligible brief on appeal fails to cure these deficiencies. Accordingly, his motion for leave to proceed in forma pauperis is DENIED, and his appeal is DISMISSED as frivolous pursuant to Fifth Circuit Rule 42.2. *See Baugh v. Taylor,* 117 F.3d 197, 202 n. 24 (5th Cir.1997). Lindsay is again CAUTIONED that future frivolous or repetitive filings in this court will result in the imposition of sanctions, including dismissal, monetary sanctions,

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

and restrictions on his ability to file pleadings in this court or any court subject to this court's jurisdiction.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.